# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| ANDREW AZURE, individually and on behalf of all others similarly situated, | ) ) ) | **ORDER FOR STATUS CONFERENCE** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| EAGLE OILFIELD RENTALS, LLC, | ) ) | Case No. 1:19-cv-221 |
| Defendant. | ) | |

A status conference will be held before the magistrate judge on June 16, 2020, at 9:00 a.m.

The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 9th day of January, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court