## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Andrew Azure, )<br>)<br>  Plaintiff, )<br>) **ORDER OF DISMISSAL**<br>vs. )<br>) Case No. 1:19-cv-221<br>Eagle Oilfield Rentals, LLC, )<br>)<br>  Defendant. ) | |

Before the Court is a "Stipulation of Dismissal" filed on March 23, 2020. See Doc. No. 18. The Court **ADOPTS** the stipulation in its entirety (Doc. No. 18) and **ORDERS** the action be dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with prejudice and without attorney's fees, costs, or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 24th day of March, 2020.

/s/ Daniel L. Hovland
Daniel L. Hovland, District Judge
United States District Court